**97–1316. Disciplinary Counsel v. Jackson.**
On June 26, 1997, the Board of Commissioners on Grievances and Discipline filed its final report with this court recommending that respondent, Jonathan Michael Jackson, be permanently disbarred. On April 1, 1998, the court remanded this matter to the board for further evidentiary proceedings. On August 20, 1998, respondent filed a Notice of Interlocutory Appeal and Request for Stay of Proceedings, and on August 28, 1998, relator filed a motion to strike respondent's Notice of Interlocutory Appeal and Request for Stay of Proceedings. Upon consideration thereof,

IT IS ORDERED by the court that relator's motion to strike be, and hereby is, granted, and that respondent's Notice of Interlocutory Appeal and Request for Stay of Proceedings be, and hereby is, stricken.

*Wednesday, September 16, 1998*

## MERIT DOCKET

**98–1716. In re Jane Doe 5.**
Butler App. No. CA98–08–168. This cause, here on appeal from the Court of Appeals for Butler County, was considered in the manner prescribed by law. On consideration thereof, the appeal is dismissed, *sua sponte*, as having been improvidently allowed.

It is further ordered that the parties are to bear their respective costs herein expended; and that a mandate be sent to the Court of Common Pleas of Butler County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Butler County for entry.

MOYER, C.J., F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., concurs, as there is no ripe constitutional question.

DOUGLAS, J., dissents.

RESNICK, J., dissents and would reverse the judgment of the court of appeals.

## MOTION DOCKET

**97–1920. Gen. Dynamics Land Sys., Inc. v. Tracy.**
Board of Tax Appeals, Nos. 95–A–443 and 95–A–444. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellee/cross-appellant's motion to strike portions of the United States' *amicus curiae* brief and of reply brief of General Dynamics Land Systems, Inc.,

IT IS ORDERED by the court that the motion is granted to the extent that the copy of the United States' brief in *Thiokol Chem. Corp. v. Morris Cty. Bd. of Taxation*, contained in the appendix to appellant/cross-appellee's brief filed on March 2, 1998, is stricken.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–2419. State ex rel. Ohio Academy of Trial Lawyers v. Sheward.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of the motion of *amicus curiae*, Owens Corning, to extend time for oral argument,

IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS